Dismissed and Memorandum Opinion filed January 26, 2006









Dismissed and Memorandum Opinion filed January 26,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00021-CR

____________

 

RONNEY WILLIAMS,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the 338th District Court

Harris County, Texas

Trial Court Cause No. 628,066

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled
substance.  In accordance with the terms
of a plea bargain agreement with the State, the trial court sentenced appellant
on November 23, 1992, to confinement for fifteen years in the Institutional
Division of the Texas Department of Criminal Justice.  No timely motion for new trial was
filed.   Appellant=s pro se notice of appeal was not
filed until December 21, 2005.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 26, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish.